UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Josephine Brooksbank, by her personal representative James J. Brooksbank, on behalf all other persons similarly situated,

Plaintiff,

vs.

North Shore Agency, Inc., a New York corporation,

Defendant.

Court File No.: 01-CV-1692 (MJD/JGL)

**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

## STIPULATION

**WHEREAS,** Plaintiff served Defendant's agent CT Corporation System, with a Summons and Complaint in this case on or about September 14, 2001; and

**WHEREAS,** Defendant's responsive pleading is due under the Federal Rules of Civil Procedure on or about October 4, 2001; and

**WHEREAS,** Defendant has requested, and Plaintiff has agreed to an extension of time within which Defendant may respond by motion or answer to Plaintiff's Complaint to allow the parties to informally consider this matter and explore settlement.

**NOW THEREFORE,** it is hereby stipulated and agreed by all parties that Defendant shall have until October 26, 2001, by which to move, answer, or otherwise respond to Plaintiff's Complaint, subject to approval of the District Court.

FILED OCT 03 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

DATED: September 28, 2001

Eric L. Crandall, Esq.
Attorney for Plaintiff
275 South Third Street,
Suite 101
Stillwater, MN 55082
(651) 430-8187
Minn. Atty. Lic. No. 189492

DATED: October 1, 2001

Thomas H. Schaefer, Esq.
Erstad & Riemer, P.A.
Attorney for Defendants
200 Riverview Office Tower
8009-34th Avenue South
Minneapolis, MN 55425
(952) 896-3700
Minn. Atty. Lic. No. 231587

**ORDER**

In accordance with the foregoing Stipulation, Defendant shall have until October 26, 2001, by which to move or answer in response to Plaintiff's Complaint.

**BY THE COURT:**

DATED: OCT 2, 2001

Jonathan Lebedoff
United States Magistrate Judge