UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1692 (MJD/JGL)

JOSEPHINE BROOKSBANK,

Plaintiff,

v.

**PRETRIAL ORDER**

THE NORTH SHORE AGENCY, INC.,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is two days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to July 1, 2002;

3. Plaintiff shall disclose all expert witnesses, including reports, by October 1, 2002, and Defendant shall disclose all expert witnesses, including reports, by November 1, 2002;

4. The period during which the parties may seek discovery shall be completed by December 1, 2002;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to December 1, 2002;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to February 1, 2003; and

7. This case will be considered "ready for trial" as of February 1, 2003.

DATED: February 8, 2002

JONATHAN LEBEDOFF
United States Magistrate Judge.

FEB 08 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK