# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Josephine Brooksbank, by her personal representative James J. Brooksbank, on behalf all other persons similarly situated,

Plaintiff,

Court File No.: 01-CV-1692 (JEL/JGL)

vs.

**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS AND NON-DISPOSITIVE MOTION**

North Shore Agency, Inc., a New York corporation,

Defendant.

## STIPULATION

**WHEREAS,** counsel for Defendant has requested additional time within which to answer Plaintiff's discovery requests; and

**WHEREAS,** counsel for Defendant has requested additional time within which to respond to Plaintiff's motion for class certification; and

**WHEREAS,** the parties' discovery deadline and non-dispositive motion deadline is currently December 1, 2002; and

**WHEREAS,** the parties have agreed to an extension of the deadline for discovery requests and non-dispositive motions.

**NOW THEREFORE,** it is hereby stipulated and agreed by all parties that the deadline for discovery and non-dispositive motions shall be extended to December 31, 2002, subject to approval of the District Court.

OCT 2 1 [illegible]
FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D ____
DEPUTY CLERK ____

DATED: October 8, 2002

Eric L. Crandall, Esq.
275 South Third Street,
Suite 101
Stillwater, MN 55082
(651) 430-8187
Minn. Atty. Lic. No. 189492

O. Randolph Bragg, Esq.
HORWITZ, HORWITZ & ASSOC.
25 East Washington St.
Suite 900
Chicago, IL 60602
(312) 372-8822
(312) 372-1673

**ATTORNEYS FOR PLAINTIFF**

DATED: October 15, 2002

Thomas H. Schaefer, Esq.
Erstad & Riemer, P.A.
200 Riverview Office Tower
8009-34th Avenue South
Minneapolis, MN 55425
(952) 896-3700
Minn. Atty. Lic. No. 231587

**ATTORNEYS FOR DEFENDANT**

**ORDER**

In accordance with the foregoing Stipulation, the deadline for discovery and non-dispositive motions is hereby extended to December 31, 2002,

**BY THE COURT:**

DATED: OCT. 21, 2002

Jonathan Lebedoff
United States Magistrate Judge