# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Josephine Brooksbank, by her personal
representative James J. Brooksbank
on behalf of all others persons similarly situated

Case No. Civil 01-1692 JEL/JGL

v.

**JUDGMENT IN A CIVIL CASE**

North Shore Agency, Inc.,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:
1. Plaintiff's Complaint is DISMISSED for lack of standing
2. Plaintiff's motion for class certification is DENIED.

DATE: November 25, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery
Mary Kaye Conery , Deputy Clerk